**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609–858–9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 19–30739–CMG | **DATE FILED::** 10/31/19 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Alfred Pandola<br>xxx–xx–8146 | ADDRESS OF DEBTOR(S):<br><br>1229 Kennebec Road<br>Forked River, NJ 08731 |
| DEBTOR'S ATTORNEY:<br>David A. Semanchik<br>Law Office of David A. Semanchik<br>1130 Hooper Ave.<br>Toms River, NJ 08753<br><br>(732) 240–4055 | TRUSTEE:<br>Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695–6070 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

9/15/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: June 18, 2020

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-30739-CMG
Alfred Pandola                                                 Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jun 18, 2020
                              Form ID: noa             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Alfred Pandola,    1229 Kennebec Road,    Forked River, NJ 08731-4519
518548503      +Allied Beacon Supply,    320 W Water Street,    Toms River, NJ 08753-6689
518548513      +Frederick Ezon, MD,    Warren Goode CPA,    1025 Highway 35,    Asbury Park, NJ 07712-4079
518548514       GGR,    5858 Westheimer Rd., Suite 500,    Oceanport, NJ 07757
518548515      +Home Advisor,    Attn.: Accounts Receivable,    14023 Denver West Parkway,
                 Golden, CO 80401-3253
518548516      +J. Belanger Plumbing & Heating,    1028 Cox Cro Road,    Suite 1A,    Toms River, NJ 08755-1532
518548517      +Kelly Kilowatt Eletric Compnay, Inc.,    189 N. County Line Road,    Jackson, NJ 08527-4422
518548519      +Michelle Pandola,    1229 Kennebec Rd.,    Forked River, NJ 08731-4519
518548520      +More Core Construction, Inc.,    57 South Main Street,    #360,    Neptune, NJ 07753-5032
518548521      +O'Brien and Taylor, Esqs.,    175 Fairfield Ave,    P.O. Box 505,    Caldwell, NJ 07007-0505
518548522      +Physicians Surgicenter, LLC,    1 Plaza Drive, Unit 2-4,    Toms River, NJ 08757-3761
518548523      +Ronald Nulle,    102 Windward DR.,,    Barnegat, NJ 08005-1850
518548524      +Specialty Anesthesia Associates,    167 Ave at Common,    Ste 4,    Shrewsbury, NJ 07702-4557
518548525      +Superior Distribution,    430 Oberlin Ave South,    Lakewood, NJ 08701-6903
518548528      +Warren Goode , CPA,    1025 Hwy 35,    Asbury Park, NJ 07712-4080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518548504      +EDI: AMEREXPR.COM Jun 19 2020 03:38:00     Amex/Bankruptcy,    Correspondence/Bankruptcy,
                 Po Box 981540,    El Paso, TX 79998-1540
518548505      +EDI: TSYS2.COM Jun 19 2020 03:38:00     Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
518548506      +EDI: CAPITALONE.COM Jun 19 2020 03:38:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518548510      +EDI: CAUT.COM Jun 19 2020 03:38:00     Chase Auto Finance,    Attn: Bankruptcy,    Po Box 901076,
                 Fort Worth, TX 76101-2076
518548511       EDI: DISCOVER.COM Jun 19 2020 03:38:00     Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
518548518       E-mail/Text: camanagement@mtb.com Jun 19 2020 00:07:14      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518548526       EDI: TDBANKNORTH.COM Jun 19 2020 03:38:00     TD Bank, N.A.,    32 Chestnut Street,
                 Po Box 1377,    Lewiston, ME 04243
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518548509*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518548507*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518548508*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518548512*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court:  Discover Financial,    Attn: Bankruptcy Department,    Po Box 15316,
                 Wilmington, DE 19850)
518548527*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                (address filed with court:  TD Bank, N.A.,    32 Chestnut Street,    Po Box 1377,
                 Lewiston, ME 04243)
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 18, 2020
                              Form ID: noa             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              David A. Semanchik    on behalf of Debtor Alfred  Pandola info@semanchiklaw.com
              Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4
```