UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**McMANIMON,
SCOTLAND & BAUMANN, LLC**

427 Riverview Plaza
Trenton, NJ  08611
609.695.6070

*Proposed Attorneys for Chapter 7 Trustee,
 Andrea Dobin*

In Re:

      PANDOLA, Alfred,

              Debtor.

**Order Filed on June 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 19-30739 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified | |

**ORDER AUTHORIZING RETENTION OF MCMANIMON, SCOTLAND &
BAUMANN, LLC AS COUNSEL TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 26, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:        Alfred Pandola

Case No.:     19-30739 (CMG)

Applicant:    Andrea Dobin

    ☒  Trustee:  ☒  Chap. 7        ☐  Chap. 11

    ☐  Debtor:  ☐  Chap. 11        ☐  Chap. 13

    ☐  Official Committee of _____

Professional:  McManimon, Scotland & Baumann, LLC

Address:      427 Riverview Plaza
             Trenton, NJ 08611

    ☒  Attorney for:

        ☒  Trustee   ☐  Debtor-in-Possession

        ☐  Official Committee of _____

    ☐  Accountant for:

        ☐  Trustee   ☐  Debtor-in-Possession

        ☐  Official Committee of _____

    ☐  Other Professional:

        ☐  Realtor   ☐  Appraiser   ☐  Special Counsel  ☐  Auctioneer

        ☐  Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1.    The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon, Scotland & Baumann, LLC, to act as counsel for the Trustee.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of retention is the date the Application is filed with the court.

United States Bankruptcy Court
District of New Jersey

```
In re:                                              Case No. 19-30739-CMG
Alfred Pandola                                      Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: admin          Page 1 of 1          Date Rcvd: Jun 26, 2020
                            Form ID: pdf903      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
```
db            +Alfred Pandola,   1229 Kennebec Road,   Forked River, NJ 08731-4519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
```
          Andrea  Dobin    ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
          David A. Semanchik   on behalf of Debtor Alfred  Pandola info@semanchiklaw.com
          Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                         TOTAL: 5