UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>PANDOLA, Alfred | Case No.: 19-30739(CMG)<br>Chapter: 7<br>Judge: Gravelle |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Andrea Dobin_____, _____Chapter 7 Trustee_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Jeanne Naughton, Clerk
402 East State St.
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on ___February 2, 2021___ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, _____402 East State St., Trenton, NJ_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  The Debtor and his non-debtor wife initiated suit for injuries suffered by the Debtor in a motor vehicle accident in October, 2017.  The suit was an UIM suit against Allstate Insurance Company.  The Debtor broke his arm in the accident and was forced to have surgery to repair it.

Pertinent terms of settlement:  The Trustee retained special counsel to pursue the claim on behalf of the Debtor.  Special counsel negotiated a settlement of $225,000 for the entire claim.  15% of the claim will be attributed to the non-debtor wife's per quod claim, leaving the gross settlement for the Estate of $191,250.  In light of the extent of injuries and the policy limits, this offer is in the best interest of the Estate and its creditors.

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Esq.

Address:  427 Riverview Plaza, Trenton, NJ  08611

Telephone No.:  609-695-6070

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Alfred Pandola  
    Debtor(s)

Case No. 19-30739-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 06, 2021      Form ID: pdf905      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfred Pandola, 1229 Kennebec Road, Forked River, NJ 08731-4519 |
| sp | | O'Malley, Surman & Michelini, 17 Beaverson Boulevard, P.O. Box 220, Brick, NJ 08723-0220 |
| 518548503 | + | Allied Beacon Supply, 320 W Water Street, Toms River, NJ 08753-6689 |
| 518548504 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518548505 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518548513 | + | Frederick Ezon, MD, Warren Goode CPA, 1025 Highway 35, Asbury Park, NJ 07712-4079 |
| 518548514 | | GGR, 5858 Westheimer Rd., Suite 500, Oceanport, NJ 07757 |
| 518548515 | + | Home Advisor, Attn.: Accounts Receivable, 14023 Denver West Parkway, Golden, CO 80401-3253 |
| 518548516 | + | J. Belanger Plumbing & Heating, 1028 Cox Cro Road, Suite 1A, Toms River, NJ 08755-1532 |
| 518548517 | + | Kelly Kilowatt Eletric Compnay, Inc., 189 N. County Line Road, Jackson, NJ 08527-4422 |
| 518548519 | + | Michelle Pandola, 1229 Kennebec Rd., Forked River, NJ 08731-4519 |
| 518548520 | + | More Core Construction, Inc., 57 South Main Street, #360, Neptune, NJ 07753-5032 |
| 518548521 | + | O'Brien and Taylor, Esqs., 175 Fairfield Ave, P.O. Box 505, Caldwell, NJ 07007-0505 |
| 518548522 | + | Physicians Surgicenter, LLC, 1 Plaza Drive, Unit 2-4, Toms River, NJ 08757-3761 |
| 518548523 | + | Ronald Nulle, 102 Windward DR.,, Barnegat, NJ 08005-1850 |
| 518548524 | + | Specialty Anesthesia Associates, 167 Ave at Common, Ste 4, Shrewsbury, NJ 07702-4557 |
| 518548525 | + | Superior Distribution, 430 Oberlin Ave South, Lakewood, NJ 08701-6903 |
| 519021730 | + | Swift Financial, LLC, 3505 Silverside Rd., Wilmington, DE 19810-4905 |
| 519021731 | + | Swift Financial, LLC, 8000 Midlantic Dr., Suite 300 S., Mt. Laurel, NJ 08054-1549 |
| 518872999 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham NY 12110-2100 |
| 518548528 | + | Warren Goode , CPA, 1025 Hwy 35, Asbury Park, NJ 07712-4080 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518548506 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 22:13:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518877050 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 22:08:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518548510 | + | Email/Text: bk.notifications@jpmchase.com | Jan 06 2021 21:49:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518548511 | | Email/Text: mrdiscen@discover.com | Jan 06 2021 21:49:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518930076 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 21:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

| | | | | |
|---|---|---|---|---|
| 518881415 | Email/Text: mrdiscen@discover.com | | Jan 06 2021 21:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518548518 | Email/Text: camanagement@mtb.com | | Jan 06 2021 21:49:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518548526 | Email/Text: bankruptcy@td.com | | Jan 06 2021 21:50:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518548508 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548509 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548507 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548512 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518548527 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Swift Financial LLC as servicing agent for WebBank afox@capehart.com, bankruptcy@capehart.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| David A. Semanchik | on behalf of Debtor Alfred Pandola info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6