Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30739−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alfred Pandola
   1229 Kennebec Road
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−8146

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:    3/16/21
Time:    02:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
O'Malley, Surman & Michelini, Special Counsel

COMMISSION OR FEES
Fees: $61,058.08

EXPENSES
$6,225.51

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 16, 2021
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-30739-CMG
Alfred Pandola                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                       Page 1 of 2
Date Rcvd: Feb 16, 2021             Form ID: 137                 Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfred Pandola, 1229 Kennebec Road, Forked River, NJ 08731-4519 |
| sp | | O'Malley, Surman & Michelini, 17 Beaverson Boulevard, P.O. Box 220, Brick, NJ 08723-0220 |
| 518548503 | + | Allied Beacon Supply, 320 W Water Street, Toms River, NJ 08753-6689 |
| 518548504 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518548505 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518548513 | + | Frederick Ezon, MD, Warren Goode CPA, 1025 Highway 35, Asbury Park, NJ 07712-4079 |
| 518548514 | | GGR, 5858 Westheimer Rd., Suite 500, Oceanport, NJ 07757 |
| 518548515 | + | Home Advisor, Attn.: Accounts Receivable, 14023 Denver West Parkway, Golden, CO 80401-3253 |
| 518548516 | + | J. Belanger Plumbing & Heating, 1028 Cox Cro Road, Suite 1A, Toms River, NJ 08755-1532 |
| 518548517 | + | Kelly Kilowatt Eletric Compnay, Inc., 189 N. County Line Road, Jackson, NJ 08527-4422 |
| 518548519 | + | Michelle Pandola, 1229 Kennebec Rd., Forked River, NJ 08731-4519 |
| 518548520 | + | More Core Construction, Inc., 57 South Main Street, #360, Neptune, NJ 07753-5032 |
| 518548521 | + | O'Brien and Taylor, Esqs., 175 Fairfield Ave, P.O. Box 505, Caldwell, NJ 07007-0505 |
| 518548522 | + | Physicians Surgicenter, LLC, 1 Plaza Drive, Unit 2-4, Toms River, NJ 08757-3761 |
| 518548523 | + | Ronald Nulle, 102 Windward DR.,, Barnegat, NJ 08005-1850 |
| 518548524 | + | Specialty Anesthesia Associates, 167 Ave at Common, Ste 4, Shrewsbury, NJ 07702-4557 |
| 518548525 | + | Superior Distribution, 430 Oberlin Ave South, Lakewood, NJ 08701-6903 |
| 519021730 | + | Swift Financial, LLC, 3505 Silverside Rd., Wilmington, DE 19810-4905 |
| 519021731 | + | Swift Financial, LLC, 8000 Midlantic Dr., Suite 300 S., Mt. Laurel, NJ 08054-1549 |
| 518872999 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham NY 12110-2190 |
| 518548528 | + | Warren Goode , CPA, 1025 Hwy 35, Asbury Park, NJ 07712-4080 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518548506 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 16 2021 23:05:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518877050 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 16 2021 23:06:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518548510 | + | Email/Text: bk.notifications@jpmchase.com | Feb 16 2021 22:08:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518548511 | | Email/Text: mrdiscen@discover.com | Feb 16 2021 22:06:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518930076 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2021 22:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

| 518881415 | Email/Text: mrdiscen@discover.com | | |
| --- | --- | --- | --- |
| | | Feb 16 2021 22:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518548518 | Email/Text: camanagement@mtb.com | | |
| | | Feb 16 2021 22:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518548526 | Email/Text: bankruptcy@td.com | | |
| | | Feb 16 2021 22:09:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518548508 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548509 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548507 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548512 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518548527 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alan P. Fox | on behalf of Creditor Swift Financial LLC as servicing agent for WebBank afox@capehart.com, bankruptcy@capehart.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| David A. Semanchik | on behalf of Debtor Alfred Pandola info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6