UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
O'MALLEY, SURMAN & MICHELINI
17 Beaverson Boulevard
Brick, NJ  08723-0220
732.477.4200
SPECIAL COUNSEL TO ANDREA DOBIN,
CHAPTER 7 TRUSTEE

**Order Filed on March 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

ALFRED PANDOLA,

     Debtor.

Case No 19-30739(CMG)

Hearing Date:  March 16, 2021
at 2:00 p.m.

Judge: Christine M. Gravelle

**ORDER ALLOWING ALLOWANCE OF FEES AND EXPENSES
TO O'MALLEY, SURMAN & MICHELINI, SPECIAL COUNSEL TO THE TRUSTEE**

The relief set forth on the following pager number two (2) is hereby **ORDERED**.

**DATED: March 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Alfred Pandola
Case No.    19-30739(CMG)
Caption of Order: Order Allowing Fees & Expenses of Special Counsel to the Trustee


     **THIS MATTER** having been opened to the Court upon the Application of O'Malley, Surman & Michelini, Special Counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United State Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

     **IT IS ORDERED:**

     1.    O'Malley, Surman & Michelini, Special Counsel to the Trustee, is hereby granted fees in the amount of $61,058.08 and expenses in the amount of $6,225.51 for a total allowance on in the amount of $67,283.59.


4827-6227-6119, v.  2

United States Bankruptcy Court

District of New Jersey

In re:

Alfred Pandola

    Debtor

Case No. 19-30739-CMG

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Mar 16, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alfred Pandola, 1229 Kennebec Road, Forked River, NJ 08731-4519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Swift Financial  LLC as servicing agent for WebBank afox@capehart.com, bankruptcy@capehart.com |
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| David A. Semanchik | on behalf of Debtor Alfred Pandola info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                          User: admin                              Page 2 of 2
Date Rcvd: Mar 16, 2021                       Form ID: pdf903                           Total Noticed: 1
TOTAL: 6