| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ANDREA DOBIN, CHAPTER 7 TRUSTEE<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070 | Order Filed on April 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Pandola, Alfred,<br><br>    Debtor. | Case No.:    19-30739(CMG)<br><br>Judge:    Christine M. Gravelle<br><br>Chapter:    7 |

# ORDER AUTHORIZING RETENTION OF
# JOSEPH B. FRIEDMAN, CPA, ACCOUNTANT TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: April 19, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ____Joseph B. Friedman, CPA____

as ____Accountant_____ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    ____Joseph B. Friedman, CPA____
   ____PO Box 734____
   ____Cherry Hill, NJ  08003____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4820-6495-7998, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Alfred Pandola  
    Debtor

Case No. 19-30739-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Apr 19, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

**Recip ID      Recipient Name and Address**  
db      + Alfred Pandola, 1229 Kennebec Road, Forked River, NJ 08731-4519

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:

**Name      Email Address**

Alan P. Fox  
     on behalf of Creditor Swift Financial  LLC as servicing agent for WebBank afox@capehart.com, bankruptcy@capehart.com

Andrea Dobin  
     ecftrusteead@msbnj.com  NJ55@ecfcbis.com

Andrea Dobin  
     on behalf of Trustee Andrea Dobin adobin@msbnj.com

David A. Semanchik  
     on behalf of Debtor Alfred Pandola info@semanchiklaw.com

Denise E. Carlon  
     on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee  
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Apr 19, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 6