| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>**Joseph B. Friedman**<br>*Certified Public Accountant*<br>P.O. Box 734<br>Cherry Hill, NJ  08003<br>(856) 428-3395<br>Accountant for Andrea Dobin, Chapter 7 Trustee | <br>**Order Filed on June 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>Alfred Pandola,<br><br>               Debtor. | Case No.  19-30739(CMG)<br><br>Hearing Date: July 6, 2021<br>at 2:00 p.m.<br><br>Judge: Christine M. Gravelle |

### ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF
### FEES & EXPENSES TO JOSEPH B. FRIEDMAN, ACCOUNTANT
### TO THE CHAPTER 7 TRUSTEE, ANDREA DOBIN

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: June 4, 2021**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Alfred Pandola
Case No: 19-30739(CMG)
Caption of Order: Order Allowing Fees & Expenses of Accountant to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Joseph B. Friedman, accountant to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. Joseph B. Friedman, accountant to the Trustee, is hereby granted first and final allowance for accounting services rendered to the Trustee in the sum of $855.00 and the sum of $8.00 for a total of $863.00 without prejudice to said accountant's right to seek additional allowances.

4845-0966-3255, v. 3

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30739-CMG |
| Alfred Pandola | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alfred Pandola, 1229 Kennebec Road, Forked River, NJ 08731-4519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Swift Financial LLC as servicing agent for WebBank afox@capehart.com, bankruptcy@capehart.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| David A. Semanchik | on behalf of Debtor Alfred Pandola info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |