Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30739−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alfred Pandola
    1229 Kennebec Road
    Forked River, NJ 08731

Social Security No.:
    xxx−xx−8146

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:         September 21, 2021
TIME:         02:00 PM
LOCATION:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $191,250.00
TOTAL DISBURSEMENTS:    $93,391.22
BALANCE ON HAND:        $97,858.78

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Andrea Dobin, Trustee

COMMISSION OR FEES
$11,555.00

EXPENSES
73.80

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: August 23, 2021
JAN: wdr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alfred Pandola  
    Debtor

Case No. 19-30739-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 23, 2021      Form ID: 192      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfred Pandola, 1229 Kennebec Road, Forked River, NJ 08731-4519 |
| sp | | O'Malley, Surman & Michelini, 17 Beaverson Boulevard, P.O. Box 220, Brick, NJ 08723-0220 |
| 518548503 | + | Allied Beacon Supply, 320 W Water Street, Toms River, NJ 08753-6689 |
| 518548504 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518548505 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518548513 | + | Frederick Ezon, MD, Warren Goode CPA, 1025 Highway 35, Asbury Park, NJ 07712-4079 |
| 518548514 | | GGR, 5858 Westheimer Rd., Suite 500, Oceanport, NJ 07757 |
| 518548515 | + | Home Advisor, Attn.: Accounts Receivable, 14023 Denver West Parkway, Golden, CO 80401-3253 |
| 518548516 | + | J. Belanger Plumbing & Heating, 1028 Cox Cro Road, Suite 1A, Toms River, NJ 08755-1532 |
| 518548517 | + | Kelly Kilowatt Eletric Compnay, Inc., 189 N. County Line Road, Jackson, NJ 08527-4422 |
| 518548519 | + | Michelle Pandola, 1229 Kennebec Rd., Forked River, NJ 08731-4519 |
| 518548520 | + | More Core Construction, Inc., 57 South Main Street, #360, Neptune, NJ 07753-5032 |
| 518548521 | + | O'Brien and Taylor, Esqs., 175 Fairfield Ave, P.O. Box 505, Caldwell, NJ 07007-0505 |
| 518548522 | + | Physicians Surgicenter, LLC, 1 Plaza Drive, Unit 2-4, Toms River, NJ 08757-3761 |
| 518548523 | + | Ronald Nulle, 102 Windward DR.,, Barnegat, NJ 08005-1850 |
| 518548524 | + | Specialty Anesthesia Associates, 167 Ave at Common, Ste 4, Shrewsbury, NJ 07702-4557 |
| 518548525 | + | Superior Distribution, 430 Oberlin Ave South, Lakewood, NJ 08701-6903 |
| 519021730 | + | Swift Financial, LLC, 3505 Silverside Rd., Wilmington, DE 19810-4905 |
| 519021731 | + | Swift Financial, LLC, 8000 Midlantic Dr., Suite 300 S., Mt. Laurel, NJ 08054-1549 |
| 518872999 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham NY 12110-2190 |
| 518548528 | + | Warren Goode , CPA, 1025 Hwy 35, Asbury Park, NJ 07712-4080 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2021 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: joe@joefriedmancpa.biz | Aug 23 2021 20:32:00 | Joseph B. Friedman, PO Box 734, Cherry Hill, NJ 08003-0734 |
| 518548506 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 23 2021 20:31:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518877050 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 23 2021 20:41:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518548510 | + | Email/Text: bk.notifications@jpmchase.com | Aug 23 2021 20:32:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518548511 | | Email/Text: mrdiscen@discover.com | Aug 23 2021 20:32:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518930076 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | Notice Method | Recipient |
|---|---|---|
| | | Aug 23 2021 20:32:00   Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518881415 | Email/Text: mrdiscen@discover.com | Aug 23 2021 20:32:00   Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518548518 | Email/Text: camanagement@mtb.com | Aug 23 2021 20:32:00   M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518548526 | Email/Text: bankruptcy@td.com | Aug 23 2021 20:32:00   TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518548507 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548508 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548509 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518548512 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518548527 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Swift Financial  LLC as servicing agent for WebBank afox@capehart.com, bankruptcy@capehart.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| David A. Semanchik | on behalf of Debtor Alfred Pandola info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Aug 23, 2021 Form ID: 192 Total Noticed: 32
TOTAL: 6